No. 93–180. Boca Grande Club, Inc. v. Florida Power & Light Co., Inc., 511 U. S. 222. Motion of respondent to retax costs denied.

No. 93–9098. Doss v. Chevy Chase Savings, F. S. B. Ct. App. D. C. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until July 11, 1994, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 93–9320. In re Franz. Petition for writ of habeas corpus denied.

No. 93–8925. In re Jackson; and
No. 93–9080. In re Eisman. Petitions for writs of mandamus denied.

No. 93–8977. In re Al'Shabazz. Petition for writ of prohibition denied.

No. 93–1151. Federal Election Commission v. NRA Political Victory Fund et al. C. A. D. C. Cir. Certiorari granted. Justice Ginsburg took no part in the consideration or decision of this petition.

No. 93–1456. U. S. Term Limits, Inc., et al. v. Thornton et al.; and
No. 93–1828. Bryant, Attorney General of Arkansas v. Hill et al. Sup. Ct. Ark. Motions of Citizens for Term Limits et al. and Washington Legal Foundation et al. for leave to file briefs as *amici curiae* in No. 93–1828 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 92–1831. Northern Kentucky Welfare Rights Assn. et al. v. Jones, Governor of Kentucky. C. A. 6th Cir. Certiorari denied.

No. 93–569. Ferman, Executrix of the Estate of Paglin, Deceased v. United States. C. A. 5th Cir. Certiorari denied.